(110 App. Div. 920)

POPADINEC v. MANHATTAN RY. CO.

(Supreme Court, Appellate Division, Second Department. December 29, 1905.)

Appeal from Trial Term, Queens County.

Action by Andrew Popadinec against the Manhattan Railway Company. From a determination in favor of plaintiff, defendant appeals. Dismissed.

Argued before HIRSCHBERG, P. J., and BARTLETT, JENKS, HOOKER, and MILLER, JJ.

Charles A. Gardiner, for appellant.
Jones & Nekarda, for respondent.

PER CURIAM. Appeal dismissed, without costs. See decision in same case, decided herewith. 96 N. Y. Supp. 913.